**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03297-BNB

COREY BURGESS,

    Applicant,

v.

JOHN C. OLIVER,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion (ECF No. 14) filed on March 28, 2014, requesting a copy of the docket sheet in this case is GRANTED. The clerk of the Court is directed to mail to Applicant, together with this minute order, a copy at no charge of the docket sheet in this case.

    However, in the future, Applicant may obtain copies of the docket sheet and electronic documents filed in this action at a cost of $.50 per page paid in advance. Applicant is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated: April 2, 2014