IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03297-BNB

COREY BURGESS,

    Applicant,

v.

JOHN C. OLIVER,

    Respondent.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to a presiding judge and, if appropriate, to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a). It is

FURTHER ORDERED that the clerk of the Court update Applicant's address to the United States Penitentiary, High Security, in Florence, Colorado, as currently listed on the Federal Bureau of Prisons website, www.bop.gov. It is

FURTHER ORDERED that the clerk of the Court remail to Applicant, together with a copy of this order, a copy of the Order Directing Respondent to File Preliminary Response filed on April 10, 2014 (ECF No. 18), which was returned to the Court as undeliverable on April 16, 2014 (ECF No. 21), and on April 28, 2014 (ECF No. 25). It is

FURTHER ORDERED that, in the future, Applicant comply with D.C.COLO.LCivR 11.1(d), which requires *pro se* litigants, such as himself, to notify the Court within five days after any change of address.

DATED May 1, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge